**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CHRISTINA BUTCHER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No: 8:17-cv-384-T-30TBM**

**NANCY A. BERRYHILL, Acting
Commissioner of the United States
Social Security Administration,**

    **Defendant.**
_____/

# REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Plaintiff's Affidavit of Indigency (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis*. Upon review and consideration, I recommend that Plaintiff's motion be **DENIED.**

As indicated, Plaintiff seeks leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915, which states:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1).

Here, Plaintiff's Affidavit of Indigency fails to demonstrate an inability to pay. As reflected in the affidavit, Plaintiff's spouse receives regular monthly income of approximately $3,900. In addition, Plaintiff indicates that she has $1,700 cash on hand. A comparison of the stated income versus monthly expenses indicates that Plaintiff has the wherewithal to pay the filing fee in this

cause. For this reason, the motion fails.

Accordingly, I recommend that the Court **DENY** Plaintiff's construed motion to proceed *in forma pauperis* (Doc. 2) and direct that Plaintiff pay the filing fee within twenty days of the Court's Order.

                Respectfully submitted this
                this 21st day of February 2017.

                THOMAS B. McCOUN III
                UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen (14) days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

Copies furnished to:
The Honorable James S. Moody, Jr., United States District Court Judge
Counsel of Record